## BUTLER V. BISSEL.

Bail exonerated by a final judgment in favor of the defendant, although such judgment be afterwards reversed for error.

SCIRE FACIAS, on special bail given for one Wales, by the defendant; setting forth the action and the bond, that said cause was appealed into the Superior Court; when, and where upon a demurrer to the declaration, judgment was given for the defendant said Wales; which judgment was afterwards reversed upon a writ of error by the Supreme Court of Errors, and sent back to the Superior Court; and that said Superior Court gave judgment for the plaintiff said Butler to recover of said Wales £      damages, and cost; for which he had an execution and delivered it to a lawful officer, who made return thereof with *non est inventus*, indorsed thereon, and that the debtor said Wales, was gone out of the country, praying for remedy against the bondsman, etc.

The defendant plead in bar — The first judgment which was rendered in the Superior Court in favor of said Wales, that 'the same was a final judgment in said cause, and that the defendant was thereby wholly discharged and exonerated from his said bail bond.

Plaintiff replied — That said judgment was reversed by the Supreme Court of Errors, and that there was no such record and judgment existing and in force, as the defendant had alleged in his plea in bar.

To this reply the defendant demurred.

Judgment — That the reply of the plaintiff is insufficient, upon the ground that the bail was discharged and exonerated, by the first judgment in the Superior Court; notwithstanding it had been reversed for error in the Supreme Court of Errors.

This determination of the Superior Court was afterwards affirmed, upon a writ of error by the Supreme Court of Errors.